# Exhibit 1

# Certificate of Registration

 

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VAu 1-564-602**

**Effective Date of Registration:**
August 26, 2025
**Registration Decision Date:**
September 29, 2025

## Copyright Registration for a Group of Unpublished Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(j)

### Title

**Title of Group:** Snail Colander
**Number of Photographs in Group:** 10

- **Individual Photographs:** Blue 1,
  Blue 2,
  Mint Green 1,
  Mint Green 2,
  Orange 1,
  Orange 2,
  Pink 1,
  Pink 2,
  Yellow 1,
  Yellow 2

### Completion/Publication

**Year of Completion:** 2024

### Author

- **Author:** Dongshang Lin
  **Author Created:** photographs
  **Citizen of:** China

### Copyright Claimant

**Copyright Claimant:** Dongshang Lin
399 Jixiang Middle Road, Oujingcheng S3-1104, Longgang Dist, Shenzhen, Guangdong, 518000, China

Page 1 of 2

## Certification

        **Name:** Yubai Zhao
        **Date:** August 26, 2025

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of unpublished photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) are unpublished AND (b) were created by the same author AND (c) are owned by the same copyright claimant AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title and file name for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.







<a>


</a>











